# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 216 MAL 2016
:
             Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
:
MICHELE DIANE HOY, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.